# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**CITY OF BIRMINGHAM,**
    Plaintiff,

**v.**

**TRANE U.S., INC., *et al.*,**
    Defendants.

**Case No. 2:22-cv-541-CLM**

## ORDER

For the reasons stated in the accompanying memorandum opinion, the court **GRANTS** the Plaintiff's motion to remand this case to the Circuit Court of Jefferson County, Alabama (doc. 13). The court **DENIES** the pending motions to dismiss (docs. 22 and 25) as **MOOT**.

**DONE** and **ORDERED** on February 6, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE